```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 06 B 15950
    KETRENA C JONES
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-0355

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/04/2006 and was confirmed 04/11/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was dismissed after confirmation 08/15/2007.
--------------------------------------------------------------------------------
CREDITOR NAME                  CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                                 PAID           PAID
--------------------------------------------------------------------------------
AMC MORTGAGE                   NOTICE ONLY     NOT FILED           .00            .00
AMC MORTGAGE SERVICES          CURRENT MORTG         .00           .00            .00
AMC MORTGAGE SERVICES          MORTGAGE ARRE         .00           .00            .00
ARONSON FURNITURE              SECURED            972.40           .00         227.68
MIDWEST TITLE LOANS            SECURED VEHIC     1016.12           .00         434.32
CAPITAL ONE BANK               UNSECURED       NOT FILED           .00            .00
CREDIT PROTECTION ASSOC        UNSECURED       NOT FILED           .00            .00
FLORIDA RENTAL BUREAU          UNSECURED       NOT FILED           .00            .00
MACD TAMPA                     UNSECURED       NOT FILED           .00            .00
MERCURY FINANCE                UNSECURED       NOT FILED           .00            .00
NELNET LNS                     UNSECURED       NOT FILED           .00            .00
NELNET LNS                     UNSECURED       NOT FILED           .00            .00
UGLY DUCKLING                  NOTICE ONLY     NOT FILED           .00            .00
UNIVERSITY OF PHOENIX          UNSECURED       NOT FILED           .00            .00
ACS/MEGA ZION 1ST NATION       UNSECURED       NOT FILED           .00            .00
AT & T BANKRUPCTY              UNSECURED       NOT FILED           .00            .00
AMERICAN GENERAL FINANCE       UNSECURED         8091.93           .00        1063.77
AMERICASH LOANS LLC            UNSECURED          923.80           .00         114.64
BANK ONE CHASE                 NOTICE ONLY     NOT FILED           .00            .00
BANK ONE                       UNSECURED       NOT FILED           .00            .00
BANK OF AMERICA                UNSECURED          153.33           .00          19.03
CITY OF CHICAGO PARKING        NOTICE ONLY     NOT FILED           .00            .00
CITY OF CHICAGO PARKING        NOTICE ONLY     NOT FILED           .00            .00
CITY OF CHICAGO PARKING        NOTICE ONLY     NOT FILED           .00            .00
CITY OF CHICAGO PARKING        NOTICE ONLY     NOT FILED           .00            .00
CITY OF CHICAGO PARKING        NOTICE ONLY     NOT FILED           .00            .00
CITY OF CHICAGO PARKING        UNSECURED       NOT FILED           .00            .00
CITY OF CHICAGO PARKING        UNSECURED          900.00           .00         111.68
CITY OF CHICAGO PARKING        UNSECURED       NOT FILED           .00            .00
CITY OF CHICAGO PARKING        UNSECURED       NOT FILED           .00            .00
CITY OF CHICAGO PARKING        UNSECURED       NOT FILED           .00            .00
CITY OF CHICAGO PARKING        UNSECURED       NOT FILED           .00            .00

                      PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 15950 KETRENA C JONES
```

```
CITY OF CHICAGO PARKING   UNSECURED        NOT FILED                 .00             .00
CITY OF CHICAGO PARKING   UNSECURED        NOT FILED                 .00             .00
CITY OF CHICAGO PARKING   UNSECURED        NOT FILED                 .00             .00
CITY OF CHICAGO PARKING   UNSECURED        NOT FILED                 .00             .00
DC PARTNERS               UNSECURED        NOT FILED                 .00             .00
FARMERS                   UNSECURED        NOT FILED                 .00             .00
FIRST NATIONAL CREDIT CA  UNSECURED        NOT FILED                 .00             .00
FIRST PAYDAY LOANS        UNSECURED        NOT FILED                 .00             .00
INGALLS MEMORIAL HOSPITA  NOTICE ONLY      NOT FILED                 .00             .00
INGALLS MEMORIAL HOSPITA  NOTICE ONLY      NOT FILED                 .00             .00
INGALLS MEMORIAL HOSPITA  UNSECURED        NOT FILED                 .00             .00
INGALLS MEMORIAL HOSPITA  UNSECURED        NOT FILED                 .00             .00
JACKSON PARK HOSPITAL     UNSECURED        NOT FILED                 .00             .00
LTD COMMODITIES           UNSECURED        NOT FILED                 .00             .00
LOAN SHOP                 UNSECURED        NOT FILED                 .00             .00
MCI                       UNSECURED        NOT FILED                 .00             .00
PAYDAY LOAN STORE OF IL   UNSECURED        NOT FILED                 .00             .00
SPRINT                    UNSECURED        NOT FILED                 .00             .00
T MOBILE                  NOTICE ONLY      NOT FILED                 .00             .00
T MOBILE                  NOTICE ONLY      NOT FILED                 .00             .00
T MOBILE                  UNSECURED        NOT FILED                 .00             .00
TREMONT FINANCIAL         UNSECURED        NOT FILED                 .00             .00
EHS TRINITY HOSPITAL      NOTICE ONLY      NOT FILED                 .00             .00
TRINITY HOSPITAL          UNSECURED        NOT FILED                 .00             .00
WOW INTERNET AND CABLE    UNSECURED        NOT FILED                 .00             .00
AMERICASH LOANS LLC       UNSECURED         1296.48                  .00          160.89
AMERICAN GENERAL FINANCE  SECURED NOT I    NOT FILED                 .00             .00
TRINITY HOSPITAL          NOTICE ONLY      NOT FILED                 .00             .00
CARL B BOYD               DEBTOR ATTY      1,674.00                            1,674.00
TOM VAUGHN                TRUSTEE                                                258.99
DEBTOR REFUND             REFUND                                                    .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS                DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  4,065.00

PRIORITY                                                    .00
SECURED                                                  662.00
UNSECURED                                              1,470.01
ADMINISTRATIVE                                         1,674.00
TRUSTEE COMPENSATION                                     258.99
DEBTOR REFUND                                               .00
                         ----------------         ----------------
TOTALS                   4,065.00                      4,065.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 12/05/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```